UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
HAMMOND DIVISION

Shawnye Jones

                Plaintiff,

v.                              Case No.: 2:14−cv−00253−JD−PRC
                                   Judge Jon E DeGuilio

National Credit Adjusters, LLC, et al.

                Defendant.

## CLERK'S ENTRY OF DEFAULT

      Default is hereby entered against defendant(s)

            National Credit Adjusters, LLC ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  November 25, 2014         Sincerely,

                                       ROBERT N. TRGOVICH, CLERK

                                       By:  s/   Ruth M Nagy
                                             Deputy Clerk